

# Mincey | Fitzpatrick | Ross, LLC

April 11, 2022

**VIA ECF**
United States Magistrate Judge
Rukhsanah L. Singh
District of New Jersey
Clarkson S. Fisher Bldg. & U.S. Courthouse
402 E. State Street
Trenton, NJ 08608

      Re:    ***PERRY v. NEW JERSEY DEPARTMENT OF CORRECTIONS et al***
               **21-cv-03523-FLW-RLS**
               **Adjournment Request**

Dear Judge Singh,

Plaintiff Jarvis Perry submits this adjournment request by letter pursuant to this court's judicial preferences.

    a)    This matter is scheduled for a settlement conference on Thursday, April 14, 2022 at 2:00 pm.

    b)    Plaintiff respectfully requests that this matter be adjourned for at least 30 days.

    c)    Plaintiff is suppling additional records that were requested following deposition by Defendants. Plaintiff is not yet able to negotiate settlement. Counsel for Defendant, New Jersey Department of Corrections, has similarly advised that the Department is not able to negotiate settlement at this time.

    d)    Counsel for all parties have consented to this request for adjournment.

**REAL TRIAL LAWYERS**

**One Liberty Place**, 1650 Market St., Suite 3600 Philadelphia, PA 19102, Phone: 215.587.0006
**Renaissance Centre**, 1001 State Street, Ste. 1400, Erie, PA 16501, Phone: 814.451.1133
Fax: 215-587-0628
www.minceyfitzross.com

  e)  If this request is granted, it would not impact any other scheduled dates or deadlines.

Accordingly, Plaintiff, Jarvis Perry respectfully requests that the settlement conference be adjourned for at least 30 days.

          Sincerely,

          *Zainab K. Ali*
          Zainab K. Ali, Esq.

cc: Isaac, Green, Esq., Tammy Maxey, Esq., Dan Defiglio, Esq., John Connell, Esq. (via ECF)

**REAL TRIAL LAWYERS**

**One Liberty Place**, 1650 Market St., Suite 3600 Philadelphia, PA 19102, Phone: 215.587.0006
**Renaissance Centre**, 1001 State Street, Ste. 1400, Erie, PA 16501, Phone: 814.451.1133
Fax: 215-587-0628
www.minceyfitzross.com