UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 23-2207
_____

JARVIS PERRY,
                    Appellant

v.

NEW JERSEY DEPARTMENT OF CORRECTIONS,
Administrative Department of the State of New Jersey;
SGT. CHRISTOPHER BIRARDI, Individually and in his Supervisory capacity as
a Supervisory Officer with Defendant NJDOC; JENNIFER CAIGNON,
Individually and in her Supervisory capacity as a Supervisor with
Defendant NJDOCs Human Resources Department; DUANE M. GRADE, Individually
and in his Supervisory capacity as a Chief Investigator with Defendant
NJDOC

_____

On Appeal from the United States District Court
for the District of New Jersey
(D.C. Civil No. 3-21-cv-03523)
District Judge: Honorable Georgette Castner

_____

Submitted Pursuant to Third Circuit L.A.R. 34.1(a)
June 28, 2024

_____

Before: KRAUSE, RESTREPO, and MATEY, *Circuit Judges*

_____

JUDGMENT

_____

This cause came to be considered on appeal from the United States District Court for the District of New Jersey and was submitted under Third Circuit L.A.R. 34.1(a) on June 28, 2024.

On consideration whereof, it is now **ORDERED** and **ADJUDGED** by this Court that the order of the District Court entered May 31, 2023, is hereby **AFFIRMED**. Costs will be taxed against the Appellant. All of the above in accordance with the Opinion of this Court.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

DATED: July 12, 2024

Certified as a true copy and issued in lieu of a formal mandate on   08/06/24

Teste: *Patricia A Dodszuweit*
**Clerk, U.S. Court of Appeals for the Third Circuit**